B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Mrugala, Marcin** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-3323** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9 Acadia Court**<br>**Streamwood, IL**<br>ZIP Code **60107** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                                                          Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Mrugala, Marcin** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X**  **/s/ Joseph Wrobel**                                      **June 26, 2010**<br>Signature of Attorney for Debtor(s)                          (Date)<br>**Joseph Wrobel 3078256** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☐ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(4/10)                                                                                                     Page 3

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Mrugala, Marcin** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Marcin Mrugala**
Signature of Debtor **Marcin Mrugala**

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

**June 26, 2010**
Date

**Signature of Attorney***

X **/s/ Joseph Wrobel**
Signature of Attorney for Debtor(s)

**Joseph Wrobel 3078256**
Printed Name of Attorney for Debtor(s)

**Joseph Wrobel, Ltd.**
Firm Name

**105 West Madison Street**
**Suite 700**
**Chicago, IL 60602**

Address

**josephwrobel@chicagobankruptcy.com**
**312.781.0996  Fax: 312.606.0413**
Telephone Number

**June 26, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re __Marcin Mrugala_____   Case No. _____
                                    Debtor(s)                Chapter   __7_____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                          Page 2

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Marcin Mrugala**
                        **Marcin Mrugala**

Date:    **June 26, 2010**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court

### Northern District of Illinois

In re  **Marcin Mrugala**                                                                          ,          Case No. _____

                                                    Debtor

                                                                                                             Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 457,500.00 | | |
| B - Personal Property | Yes | 5 | 29,900.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 531,300.73 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | 874,250.94 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,833.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,812.00 |
| Total Number of Sheets of ALL Schedules | | 39 | | | |
| Total Assets | | | 487,400.00 | | |
| Total Liabilities | | | | 1,405,551.67 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Marcin Mrugala** _____ ,    Case No. _____

Debtor

Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,833.00 |
| Average Expenses (from Schedule J, Line 18) | 5,812.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 8,028.29 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 73,800.73 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 874,250.94 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 948,051.67 |

B6A (Official Form 6A) (12/07)

In re    **Marcin Mrugala**                                        ,        Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Residence**<br>**Location: 9 Acadia Court, Streamwood IL 60107** | **Fee simple** | - | **457,500.00** | **531,300.73** |

|  |  |  |
|---|---|---|
| Sub-Total > | **457,500.00** | (Total of this page) |
| Total > | **457,500.00** | |

**_0_**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re    **Marcin Mrugala**                                                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Possession of Debtor** | - | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **used goods, furniture and furnishings fully depreciated** **Possession of debtor** | - | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **used wearing apparel fully depreciated** **Possession of debtor** | - | 500.00 |
| 7. Furs and jewelry. | | **White gold wedding band** **Possession of debtor** | - | 350.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **1,400.00**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Marcin Mrugala**                                                                   ,     Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **50% ownership**<br>**4157 Western LLC**<br>**Location: 9 Acadia Court, Streamwood IL 60107**<br>**inactive** | - | **Unknown** |
| | | **100% ownership**<br>**1923 Campbell LLC**<br>**Location: 9 Acadia Court, Streamwood IL 60107**<br>**inactive** | - | **Unknown** |
| | | **100% ownership**<br>**Pro Masonry & Developers, Inc.**<br>**Location: 9 Acadia Court, Streamwood IL 60107**<br>**inactive** | - | **Unknown** |
| | | **100 % ownership**<br>**Pro Masonry and Builders, Inc.**<br>**Location: 9 Acadia Court, Streamwood IL 60107**<br>**inactive** | - | **Unknown** |
| | | **50% ownership**<br>**EM Builder, LLC**<br>**Location: 9 Acadia Court, Streamwood IL 60107**<br>**inactive** | - | **Unknown** |
| | | **100% ownership**<br>**2414 Cortez Condominium LLC**<br>**Location: 9 Acadia Court, Streamwood IL 60107**<br>**inactive** | - | **0.00** |
| | | **100% ownership**<br>**2416 Cortez Condominium LLC**<br>**Location: 9 Acadia Court, Streamwood IL 60107**<br>**inactive** | - | **0.00** |

Sub-Total >                          **0.00**
(Total of this page)

Sheet   __1__  of  __3__   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Marcin Mrugala** _____,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **100% ownership**<br>**2418 Cortez Condominium LLC**<br>**Location: 9 Acadia Court, Streamwood IL 60107**<br>**inactive** | - | **0.00** |
| | | **100% ownership**<br>**2420 Cortez Condominium LLC**<br>**Location: 9 Acadia Court, Streamwood IL 60107**<br>**inactive** | - | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

                                                                    Sub-Total >        **0.00**
                                                                (Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Marcin Mrugala**                                                                    ,    Case No. _____
                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Chevrolet Silverado Location: 9 Acadia Court, Streamwood IL 60107** | - | 28,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Used masonry tools** | - | 500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | 28,500.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 29,900.00 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re  **Marcin Mrugala**                                                        Case No. _____

                                       Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### Attachment A

**Debtor has possession of a 2009 Chevrolet Silverado. Outstanding vehicle loan with GMAC of $27,000.00**

B6C (Official Form 6C) (4/10)

.

In re   **Marcin Mrugala**
                                                                                          ,        Case No. _____
                                      Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                  *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Furs and Jewelry** | | | |
| **White gold wedding band** | **735 ILCS 5/12-1001(b)** | **350.00** | **350.00** |
| **Possession of debtor** | | | |
| | | | |
| **Machinery, Fixtures, Equipment and Supplies Used in Business** | | | |
| **Used masonry tools** | **735 ILCS 5/12-1001(d)** | **500.00** | **500.00** |

|  |  | Total: | **850.00** | **850.00** |

__0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   **Marcin Mrugala** ,                                    Case No. _____

_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **6141** | | | **Second Mortgage** | | | | | |
| **Creditor #: 1** **National City Mortgage** **PO Box 1820** **Dayton, OH 45401-1820** | | - | **Single Family Residence** **Location: 9 Acadia Court, Streamwood IL 60107** | | | | | |
| | | | Value $           **457,500.00** | | | | **85,246.24** | **0.00** |
| Account No. **6141** | | | | | | | | |
| **PNC Bank** **PO Box 856177** **Louisville, KY 40285** | | | **Representing:** **National City Mortgage** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **6141** | | | | | | | | |
| **PNC Mortgage** **POB 533510** **Atlanta, GA 30353-3510** | | | **Representing:** **National City Mortgage** | | | | **Notice Only** | |
| | | | Value $ | | | | | |
| Account No. **3633** | | | **First Mortgage** | | | | | |
| **Creditor #: 2** **Select Portfolio Servicing, Inc.** **PO Box 65450** **Salt Lake City, UT 84165** | | | **Single Family Residence** **Location: 9 Acadia Court, Streamwood IL 60107** | | | | | |
| | | | Value $           **457,500.00** | | | | **446,054.49** | **73,800.73** |

__0__   continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | **531,300.73** | **73,800.73** |
| Total (Report on Summary of Schedules) | **531,300.73** | **73,800.73** |

In re    **Marcin Mrugala**                                                          Case No. _____
_____
                                    Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### Attachment A

**Debtor may be personally liable as a co-signor.**

B6E (Official Form 6E) (4/10)

.

In re    **Marcin Mrugala**                                                      ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Marcin Mrugala** , Case No. _____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | - | | Legal Claims | | | | |
| Creditor #: 1 1923 Campbell LLC 9 Acadia Ct Streamwood, IL 60107 | | | | | | | | Unknown |
| Account No. | | - | | Legal Claims | | | | |
| Creditor #: 2 4157 Western LLC 9 Acadia Ct Streamwood, IL 60107 | | | | | | | | Unknown |
| Account No. **PROMASONARY** | X | - | | Trade debt | | | | |
| Creditor #: 3 ABC Remodelers Supply Company 5935 W. Grand Ave Chicago, IL 60639 | | | | | | | | 8,839.00 |
| Account No. **EMBUILDERS** | X | - | | Trade debt | | | | |
| Creditor #: 4 ABC Remodelers Supply Company 5935 W. Grand Ave Chicago, IL 60639 | | | | | | | | 8,225.00 |
| ___22___ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 17,064.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:27995-100510 Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcin Mrugala** _____,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1006** Creditor #: 5 American Express PO Box 0001 Los Angeles, CA 90096 | - | | Credit card purchases | | | | 12,554.41 |
| Account No. **1006** Firstsource Advantage 205 Bryant Woods South Amherst, NY 14228 | | | Representing: American Express | | | | Notice Only |
| Account No. **1006** Zwicker & Associates PO Box 101145 Birmingham, AL 35210 | | | Representing: American Express | | | | Notice Only |
| Account No. **5006** Creditor #: 6 American Express PO Box 0001 Los Angeles, CA 90096 | - | | Credit card purchases | | | | 747.97 |
| Account No. **5006** Aegis Receivables Management PO Box 404 Fort Mill, SC 29716 | | | Representing: American Express | | | | Notice Only |

Sheet no. __1__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**13,302.38**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcin Mrugala**                                                                 ,     Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5006** <br><br> **Nation Wide Credit** <br> **2015 Vaughn Rd NW** <br> **Ste 400** <br> **Kennesaw, GA 30144** | | | **Representing:** <br> **American Express** | | | | **Notice Only** |
| Account No. **5006** <br><br> **Zwicker & Associates** <br> **PO Box 101145** <br> **Birmingham, AL 35210** | | | **Representing:** <br> **American Express** | | | | **Notice Only** |
| Account No. 5703 <br><br> **Creditor #: 7** <br> **American Express** <br> **PO Box 981537** <br> **El Paso, TX 79998** | X | - | **Credit card purchases** | | | | **12,554.00** |
| Account No. 7008 <br><br> **Creditor #: 8** <br> **Bank of Amercia NA** <br> **Dept 5996** <br> **PO Box 1259** <br> **Oaks, PA 19456** | | - | **Credit card purchases** | | | | **25,049.96** |
| Account No. 7008 <br><br> **Associated Recovery Systems** <br> **PO Box 463023** <br> **Escondido, CA 92046** | | | **Representing:** <br> **Bank of Amercia NA** | | | | **Notice Only** |

Sheet no. __**2**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **37,603.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcin Mrugala**                                                      ,    Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **7008** | | | | | | | | |
| **Bank of Amercia NA** **4060 Ogletown Stan** **Newark, DE 19713** | | | | Representing: **Bank of Amercia NA** | | | | **Notice Only** |
| Account No. **7008** | | | | | | | | |
| **National Enterprise Systems** **29125 Solon Road** **Solon, OH 44139** | | | | Representing: **Bank of Amercia NA** | | | | **Notice Only** |
| Account No. **1050** | | | | Credit card purchases | | | | |
| **Creditor #: 9** **Bank of America** **PO Box 15710** **Wilmington, DE 19886** | X | - | | | | | | **25,297.36** |
| Account No. **1050** | | | | | | | | |
| **Bank of America** **PO Box 22031** **Greensboro, NC 27420** | | | | Representing: **Bank of America** | | | | **Notice Only** |
| Account No. **1050** | | | | | | | | |
| **Bank of America** **4060 Ogletown/Stan** **Newark, DE 19713** | | | | Representing: **Bank of America** | | | | **Notice Only** |

Sheet no. __3___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,297.36**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcin Mrugala**                                                              ,        Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1050** <br><br> **Creditors Financial Group** <br> **PO Box 440290** <br> **Aurora, CO 80044-0290** | | | Representing: <br> **Bank of America** | | | | **Notice Only** |
| Account No. **1050** <br><br> **Focus Receivables Management** <br> **PO Box 725069** <br> **Atlanta, GA 31139** | | | Representing: <br> **Bank of America** | | | | **Notice Only** |
| Account No. **2738** <br><br> **Creditor #: 10** <br> **Bank of America** <br> **PO  Box 15019** <br> **Wilmington, DE 19886** | - | | **Credit card purchases** | | | | **25,049.00** |
| Account No. <br><br> **Bank of America** <br> **PO Box 15026** <br> **Wilmington, DE 19850** | | | Representing: <br> **Bank of America** | | | | **Notice Only** |
| Account No. **3691** <br><br> **Creditor #: 11** <br> **Chase** <br> **Cardmember Service** <br> **PO Box 15153** <br> **Wilmington, DE 19886-5153** | - | | **Credit card purchases** | | | | **6,869.97** |

Sheet no. __4__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**31,918.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marcin Mrugala**                                                              ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3691** | | | | | | | |
| **Chase** **PO Box 15548** **Wilmington, DE 19886-5548** | | | Representing: **Chase** | | | | **Notice Only** |
| Account No. **3691** | | | | | | | |
| **Chase** **800 Brooksedge Blvd** **Westerville, OH 43081** | | | Representing: **Chase** | | | | **Notice Only** |
| Account No. **1939** | | | **Credit card purchases** | | | | |
| Creditor #: 12 **Chase** **Cardmember Service** **PO Box 15153** **Wilmington, DE 19886-5153** | - | | | | | | **18,299.80** |
| Account No. **1939** | | | | | | | |
| **Chase** **PO Box 15548** **Wilmington, DE 19886-5548** | | | Representing: **Chase** | | | | **Notice Only** |
| Account No. **1939** | | | | | | | |
| **Chase** **800 Brooksedge Blvd** **Westerville, OH 43081** | | | Representing: **Chase** | | | | **Notice Only** |

Sheet no. __5___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           **18,299.80**

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcin Mrugala** _____,    Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1939**<br><br>**Michael D Fine**<br>**131 S. Dearborn St.**<br>**Fl 5**<br>**Chicago, IL 60603** | | | **Representing:**<br>**Chase** | | | | **Notice Only** |
| Account No. **1806**<br>**Creditor #: 13**<br>**Chase Auto Finance**<br>**PO Box 9001800**<br>**Louisville, KY 40290-1800** | **X** | - | **Auto loan deficiency** | | | | **Unknown** |
| Account No. **3259**<br>**Creditor #: 14**<br>**Citgo Credit Card Center**<br>**PO Box 689095**<br>**Des Moines, IA 50368** | | - | **Credit card purchases** | | | | **1,855.67** |
| Account No. **3259**<br><br>**Citgo/Citibank SD NA**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | | **Representing:**<br>**Citgo Credit Card Center** | | | | **Notice Only** |
| Account No. **3259**<br><br>**Citicorp Credit Services**<br>**PO Box 2695**<br>**Waterloo, IA 50704** | | | **Representing:**<br>**Citgo Credit Card Center** | | | | **Notice Only** |

Sheet no. __**6**___ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,855.67**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcin Mrugala**                                                                                    ,   Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3259**<br><br>**United Recovery**<br>**5800 N. Course Dr.**<br>**Houston, TX 77072** | | | Representing:<br>**Citgo Credit Card Center** | | | | **Notice Only** |
| Account No. **3259**<br><br>**Creditor #: 15**<br>**Citi**<br>**PO Box 6301**<br>**Sioux Falls, SD 57117** | | - | **Credit card purchases** | | | | **1,855.67** |
| Account No. **5752**<br><br>**Creditor #: 16**<br>**Citi**<br>**PO Box 6401**<br>**Sioux Falls, SD 57117** | | - | **Credit card purchases** | | | | **13,779.27** |
| Account No. **5752**<br><br>**Experian Business Information Servi**<br>**475 Anton Blvd**<br>**Costa Mesa, CA 92626** | | | Representing:<br>**Citi** | | | | **Notice Only** |
| Account No. **5752**<br><br>**LTD Financial Services LP**<br>**7322 Southwest Fwy, Suite 1600**<br>**Houston, TX 77074** | | | Representing:<br>**Citi** | | | | **Notice Only** |

Sheet no. __7__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **15,634.94**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcin Mrugala**  ,                    Case No. _____
_____
                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3332** | | | | Credit card purchases | | | | |
| Creditor #: 17<br>Citi<br>PO Box 6401<br>Sioux Falls, SD 57117 | X | - | | | | | | 2,778.39 |
| Account No. **3332** | | | | Representing:<br>Citi | | | | |
| LTD Financial Services LP<br>7322 Southwest Fwy, Suite 1600<br>Houston, TX 77074 | | | | | | | | Notice Only |
| Account No. **2030** | | | | Credit card purchases | | | | |
| Creditor #: 18<br>Citibank<br>PO Box 6077<br>Sioux Falls, SD 57117-6077 | | - | | | | | | 14,930.07 |
| Account No. **2030** | | | | Representing:<br>Citibank | | | | |
| ACB American, Inc.<br>PO Box 177<br>Cincinnati, OH 45201 | | | | | | | | Notice Only |
| Account No. **2030** | | | | Representing:<br>Citibank | | | | |
| Citi<br>PO Box 653095<br>Dallas, TX 75265 | | | | | | | | Notice Only |

Sheet no. __8__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              17,708.46

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcin Mrugala**                                                                          ,   Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4065** | | | | Utility | | | | |
| Creditor #: 19<br>ComEd<br>PO Box 6111<br>Carol Stream, IL 60197 | X | - | | | | | | 367.00 |
| Account No. **20031** | | | | Representing:<br>ComEd | | | | |
| Credit Collection Services<br>2 Wells Ave.<br>Newton Center, MA 02459 | | | | | | | | Notice Only |
| Account No. **5076** | | | | Utility | | | | |
| Creditor #: 20<br>ComEd<br>PO Box 6111<br>Carol Stream, IL 60197 | X | - | | | | | | 144.00 |
| Account No. **22743** | | | | Representing:<br>ComEd | | | | |
| Credit Collection Services<br>2 Wells Ave.<br>Newton Center, MA 02459 | | | | | | | | Notice Only |
| Account No. | | | | Possible mortgage deficiencies | | | | |
| Creditor #: 21<br>Community Bank of Lemont<br>1229 State Street<br>Lemont, IL 60439 | X | - | | | | | | Unknown |

Sheet no. __9___ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

511.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marcin Mrugala**                                                                    ,      Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Loan | | | | |
| **Creditor #: 22**<br>**Draper and Kramer Mortgage Corp**<br>**701 East 22nd Street**<br>**Lombard, IL 60148** | | - | | | | | Unknown |
| Account No. | | | Possible claim | | | | |
| **Creditor #: 23**<br>**Edward Janusz**<br>**8510 Burce**<br>**Niles, IL 60714** | | - | | | | | Unknown |
| Account No. | | | Representing:<br>**Edward Janusz** | | | | Notice Only |
| **Edward Janusz**<br>**220 Linden**<br>**Northbrook, IL 60062** | | | | | | | |
| Account No. | | | Possible claim | | | | |
| **Creditor #: 24**<br>**EM Builder LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | | - | | | | | Unknown |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 25**<br>**F. T. Construction, Inc.**<br>**11051 Woodstock Drive**<br>**Orland Park, IL 60467** | X | - | | | | | 1,200.00 |

Sheet no. __10__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,200.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcin Mrugala** _____,    Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **6679** | | | | Credit card purchases | | | | |
| Creditor #: 26 **Fifth Third Bank** **PO Box 740789** **Cincinnati, OH 45274** | - | | | | | | | 15.00 |
| Account No. **6679** | | | | Representing: Fifth Third Bank | | | | |
| **Fifth Third Bank** **Customer Service** **38 Fountain Square Plaza** **Cincinnati, OH 45263** | | | | | | | | Notice Only |
| Account No. **9475** | | | | Credit card purchases | | | | |
| Creditor #: 27 **GE Money Bank** **PO Box 960061** **Orlando, FL 32896-0061** | - | | | | | | | 11,248.00 |
| Account No. **9475** | | | | Representing: GE Money Bank | | | | |
| **Allied** **C/O Allied Interstate** **3000 Corporate Exchange 5th Fl** **Columbus, OH 43231** | | | | | | | | Notice Only |
| Account No. **9475** | | | | Representing: GE Money Bank | | | | |
| **Asset Recovery Solutions, Inc.** **2200 E. Devon Ave.** **Ste 200** **Des Plaines, IL 60018** | | | | | | | | Notice Only |

Sheet no. __11__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,263.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Marcin Mrugala**_____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9475** | | | | | | | |
| **encore** **C/O Encore Receivable** **PO Box 3330** **Olathe, KS 66063-3330** | | | Representing: **GE Money Bank** | | | | **Notice Only** |
| Account No. **9475** | | | | | | | |
| **GE Money Bank** **PO Box 981127** **El Paso, TX 79998** | | | Representing: **GE Money Bank** | | | | **Notice Only** |
| Account No. **1340** | | | **Debtor may have personal liability** | | | | |
| **Creditor #: 28** **GMAC** **PO Box 9001948** **Louisville, KY 40290** | X | - | | | | | **27,800.00** |
| Account No. **xxxxx1901** | | | **Medical Treatment Services** | | | | |
| **Creditor #: 29** **Gottlieb Memorial Hospital** **701 W. North Ave.** **Melrose Park, IL 60160** | | - | | | | | **119.57** |
| Account No. **G32911901** | | | | | | | |
| **Powers & Moon, LLC** **707 Lake Cook Road** **Suite 102** **Deerfield, IL 60015** | | | Representing: **Gottlieb Memorial Hospital** | | | | **Notice Only** |

Sheet no. __**12**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **27,919.57**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Marcin Mrugala**                                                                    ,    Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3332** | | | Credit card purchases | | | | |
| **Creditor #: 30**<br>**Home  Depot Credit Services**<br>**PO Box 6029**<br>**The Lakes, NV 88901-6029** | X | - | | | | | **2,679.27** |
| Account No. **0391** | | | Credit card purchases | | | | |
| **Creditor #: 31**<br>**HSBC Retail Services**<br>**PO Box 17264**<br>**Baltimore, MD 21297** | | - | | | | | **2,308.06** |
| Account No. **0391** | | | Representing:<br>HSBC Retail Services | | | | |
| **Firstsource Advantage**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | | | | | | | **Notice Only** |
| Account No. **0391** | | | Representing:<br>HSBC Retail Services | | | | |
| **HSBC Retail Services**<br>**PO Box 5244**<br>**Carol Stream, IL 60197** | | | | | | | **Notice Only** |
| Account No. | | | Trade debt | | | | |
| **Creditor #: 32**<br>**Jaroslaw Worek**<br>**833 Oxford Place**<br>**Wheeling, IL 60090** | X | - | | | | | **2,000.00** |

Sheet no. __**13**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,987.33**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcin Mrugala**
_____ ,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 33 Mamas Electrical Service Corp 1079 Colony Lake Drive Schaumburg, IL 60194 | X | - | | | | | | 5,000.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 34 Mamas Electrical Service Corp 1079 Colony Lake Dr Schaumburg, IL 60194 | X | - | | | | | | 5,000.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 35 Mamas Electrical Service Corp 1079 Colony Lake Drl Schaumburg, IL 60194 | X | - | | | | | | 5,000.00 |
| Account No. 6335 | | | | Motorcycle Loan Deficiency | | | | |
| Creditor #: 36 MB Financial 6111 N. River Road Des Plaines, IL 60018 | | - | | | | | | Unknown |
| Account No. | | | | Legal Services | | | | |
| Creditor #: 37 Michael J. Korst, PC 2720 Caton Farm Road Joliet, IL 60435 | | - | | | | | | 536.00 |

Sheet no. __14__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 15,536.00 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcin Mrugala** _____ ,    Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **9065** | | | | **Possible Mortgage Deficiency** | | | | |
| **Creditor #: 38**<br>**Midwest Bank and Trust Company**<br>**501 W. North Ave.**<br>**Melrose Park, IL 60160** | X | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Midwest Bank and Trust Company**<br>**1601 N. Milwaukee Ave.**<br>**Chicago, IL 60647** | | | | Representing:<br>**Midwest Bank and Trust Company** | | | | **Notice Only** |
| Account No. **xxQ013** | | | | **Medical Bill** | | | | |
| **Creditor #: 39**<br>**Northern Ill Emer & Occ Med.**<br>**PO Box 53**<br>**Geneva, IL 60134** | | - | | | | | | **61.00** |
| Account No. **DNQ013** | | | | | | | | |
| **kca**<br>**C/O KCA Financial Service**<br>**PO Box 53**<br>**Geneva, IL 60134-0053** | | | | Representing:<br>**Northern Ill Emer & Occ Med.** | | | | **Notice Only** |
| Account No. | | | | **Trade debt** | | | | |
| **Creditor #: 40**<br>**Optimal Heating & Cooling, Inc.**<br>**1767 W. Algonquin**<br>**Mount Prospect, IL 60056** | X | - | | | | | | **5,000.00** |

Sheet no. __**15**__ of __**22**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,061.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcin Mrugala** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 41 Optimal Heating & Cooling, Inc. 1767 W. Algonquin Mount Prospect, IL 60056 | X | - | | | | | | 5,000.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 42 Optimal Heating & Cooling, Inc. 1767 W. Algonquin Mount Prospect, IL 60056 | X | - | | | | | | 5,000.00 |
| Account No. | | | | Trade debt | | | | |
| Creditor #: 43 Patyk Plumbing Inc. 7475 Oak Park Ave. Niles, IL 60714 | X | - | | | | | | 10,000.00 |
| Account No. 8995 | | | | Utility | | | | |
| Creditor #: 44 Peoples Gas c/o Americollect PO Box 1566 Manitowoc, WI 54221 | | - | | | | | | 346.67 |
| Account No. 8995 | | | | | | | | |
| Americollect PO Box 1566 Manitowoc, WI 54221 | | | | Representing: Peoples Gas | | | | Notice Only |

Sheet no. __16__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **20,346.67**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcin Mrugala**                                                                    ,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **6242** | | | | Utility | | | | |
| Creditor #: 45 **Peoples Gas** Chicago, IL 60687 | X | - | | | | | | 417.00 |
| Account No. | | | | | | | | |
| **Professional Recovery Consultants** 2700 Meridian Parkway Ste 200 Durham, NC 27713 | | | | Representing: Peoples Gas | | | | Notice Only |
| Account No. **3848** | | | | Utility | | | | |
| Creditor #: 46 **Peoples Gas** Chicago, IL 60687 | X | - | | | | | | 292.00 |
| Account No. **4838** | | | | | | | | |
| **Americollect** PO Box 1566 Manitowoc, WI 54221 | | | | Representing: Peoples Gas | | | | Notice Only |
| Account No. | | | | Legal Claims | | | | |
| Creditor #: 47 **Pro Masonry and Builders, Inc.** 9 Acadia Ct Streamwood, IL 60107 | | - | | | | | | Unknown |

Sheet no. __17__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                709.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcin Mrugala**                                                          , Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Creditor #: 48** **Pro Masonry and Developers, Inc.** **9 Acadia Ct** **Streamwood, IL 60107** | | - | | Legal Claims | | | | **Unknown** |
| Account No. **Creditor #: 49** **Rapciak Masonry, Inc.** **12621 Rosemary Lane** **Palos Park, IL 60464** | X | - | | Trade debt | | | | **3,500.00** |
| Account No. 2958 **Creditor #: 50** **Remodelers Supply Center** **2500 N. Pulaski Road** **Chicago, IL 60639** | X | - | | Trade debt | | | | **6,946.00** |
| Account No. **Creditor #: 51** **Serge International Corp** **Chicago, IL 60622** | X | - | | Trade debt | | | | **1,000.00** |
| Account No. 2030 **Creditor #: 52** **The Home Depot** **PO Box 653000** **Dallas, TX 75265** | | - | | Credit card purchases | | | | **15,341.58** |

Sheet no. __18__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **26,787.58**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcin Mrugala**                                                          ,    Case No. _____
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2030** <br><br> **ACB American, Inc.** <br> **PO Box 177** <br> **Cincinnati, OH 45201** | | | Representing: <br> The Home Depot | | | | Notice Only |
| Account No. **2030** <br><br> **The Home Depot** <br> **PO Box 6497** <br> **Sioux Falls, SD 57117** | | | Representing: <br> The Home Depot | | | | Notice Only |
| Account No. **5752** <br><br> **Creditor #: 53** <br> **The Home Depot** <br> **PO Box 6925** <br> **The Lakes, NV 88901** | | - | Credit card purchases | | | | 13,779.27 |
| Account No. **5752** <br><br> **PRO Consulting Services, Inc.** <br> **Collections Division** <br> **PO Box 66768** <br> **Houston, TX 77266-6768** | | | Representing: <br> The Home Depot | | | | Notice Only |
| Account No. <br><br> **Creditor #: 54** <br> **Tom's Weldling Ltd** <br> **747 N. Neva Ave.** <br> **Addison, IL 60101** | X | - | Trade debt | | | | 5,000.00 |

| | | |
|---|---|---|
| Sheet no. __**19**__ of __**22**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 18,779.27 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcin Mrugala**                                                                      ,        Case No. _____
                                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 55**<br>**Tom's Weldling Ltd**<br>**747 N. Neva Ave.**<br>**Addison, IL 60101** | X | - | **Trade debt** | | | | **5,000.00** |
| Account No.<br><br>**Creditor #: 56**<br>**Tom's Weldling Ltd**<br>**747 N. Neva Ave.**<br>**Addison, IL 60101** | X | - | **Trade debt** | | | | **5,000.00** |
| Account No.  4848<br><br>**Creditor #: 57**<br>**US Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179** | X | - | **Credit card purchases** | | | | **6,015.98** |
| Account No.  4848<br><br>**Client Services, Inc.**<br>**3451 Harry Truman Blvd.**<br>**Saint Charles, MO 63301-4047** | | | **Representing:**<br>**US Bank** | | | | **Notice Only** |
| Account No.  xxxxxx0034<br><br>**Creditor #: 58**<br>**US Bank NA**<br>**PO Box 790401**<br>**Saint Louis, MO 63179** | X | - | **possible mortgage deficiencies** | | | | **Unknown** |

Sheet no. __20__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,015.98**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Marcin Mrugala**                                                                      ,        Case No. _____

_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **09-cv-7413** <br><br> **Kohner, Mann & Kailas** <br> **Barnabas Business Center** <br> **4650 North Port Washington Road** <br> **Milwaukee, WI 53212** | | | Representing: <br> US Bank NA | | | | **Notice Only** |
| Account No. <br><br> **US Bank National Association** <br> **209 S. La Salle St.** <br> **Chicago, IL 60604** | | | Representing: <br> US Bank NA | | | | **Notice Only** |
| Account No. **xx xx 7413** <br> **Creditor #: 59** <br> **US Bank NA** <br> **c/o Kohner, Mann & Kailas, PC** <br> **4650 North Port Washington Rd** <br> **Milwaukee, WI 53212-1059** | X | - | Judgment | | | | **51,099.00** |
| Account No. **xx xx x7556** <br> **Creditor #: 60** <br> **US Bank National Association** <br> **209 S. La Salle St.** <br> **Chicago, IL 60604** | X | - | Possible mortgage deficiency | | | | **493,350.00** |
| Account No. <br><br> **Acquired Capital LLP** <br> **POB 1068** <br> **Stafford, TX 77497-1068** | | | Representing: <br> **US Bank National Association** | | | | **Notice Only** |

Sheet no. __21__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**544,449.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Marcin Mrugala**                                                          ,        Case No. _____
                                      Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hauselman & Rappin, Ltd.**<br>**39 S. LaSalle st. Suite 1105**<br>**Chicago, IL 60603** | | | **Representing:**<br>**US Bank National Association** | | | | **Notice Only** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __22__ of __22__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | **0.00** |
| Total<br>(Report on Summary of Schedules) | **874,250.94** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                              Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Marcin Mrugala**                         ,      Case No. _____
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Marcin Mrugala**                                              ,   Case No. _____
                              Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **1923 Campbell LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Peoples Gas**<br>**Chicago, IL 60687** |
| **1923 Campbell LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** |
| **1923 Campbell LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Optimal Heating & Cooling, Inc.**<br>**1767 W. Algonquin**<br>**Mount Prospect, IL 60056** |
| **1923 Campbell LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Mamas Electrical Service Corp**<br>**1079 Colony Lake Drive**<br>**Schaumburg, IL 60194** |
| **1923 Campbell LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Serge International Corp**<br>**Chicago, IL 60622** |
| **1923 Campbell LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **F. T. Construction, Inc.**<br>**11051 Woodstock Drive**<br>**Orland Park, IL 60467** |
| **1923 Campbell LLC**<br>**9 Acadia Ct.**<br>**Streamwood, IL 60107** | **Community Bank of Lemont**<br>**1229 State Street**<br>**Lemont, IL 60439** |
| **1923 Campbell LLC** | **Midwest Bank and Trust Company**<br>**501 W. North Ave.**<br>**Melrose Park, IL 60160** |
| **1929 Campbell LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Tom's Weldling Ltd**<br>**747 N. Neva Ave.**<br>**Addison, IL 60101** |
| **4157 Western LLC**<br>**9 Acadia Ct.**<br>**Streamwood, IL 60107** | **US Bank**<br>**PO Box 790408**<br>**Saint Louis, MO 63179** |
| **4157 Western LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Peoples Gas**<br>**Chicago, IL 60687** |
| **4157 Western LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **ComEd**<br>**PO Box 6111**<br>**Carol Stream, IL 60197** |

**2**
\_\_\_\_ continuation sheets attached to Schedule of Codebtors

In re   **Marcin Mrugala**                         ,      Case No. _____

                                             Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **4157 Western LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **US Bank National Association**<br>**209 S. La Salle St.**<br>**Chicago, IL 60604** |
| **4157 Western LLC**<br>**9 Acadia Ct.**<br>**Streamwood, IL 60107** | **Tom's Weldling Ltd**<br>**747 N. Neva Ave.**<br>**Addison, IL 60101** |
| **4157 Western LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Optimal Heating & Cooling, Inc.**<br>**1767 W. Algonquin**<br>**Mount Prospect, IL 60056** |
| **4157 Western LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Mamas Electrical Service Corp**<br>**1079 Colony Lake Dr**<br>**Schaumburg, IL 60194** |
| **4157 Western LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Patyk Plumbing Inc.**<br>**7475 Oak Park Ave.**<br>**Niles, IL 60714** |
| **Edward Janusz**<br>**220 Linden**<br>**Northbrook, IL 60062** | **US Bank National Association**<br>**209 S. La Salle St.**<br>**Chicago, IL 60604** |
| **Edward Janusz**<br>**220 Linden**<br>**Northbrook, IL 60062** | **US Bank NA**<br>**c/o Kohner, Mann & Kailas, PC**<br>**4650 North Port Washington Rd**<br>**Milwaukee, WI 53212-1059** |
| **EM Builder LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Optimal Heating & Cooling, Inc.**<br>**1767 W. Algonquin**<br>**Mount Prospect, IL 60056** |
| **EM Builder LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Mamas Electrical Service Corp**<br>**1079 Colony Lake Drl**<br>**Schaumburg, IL 60194** |
| **EM Builder LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Rapciak Masonry, Inc.**<br>**12621 Rosemary Lane**<br>**Palos Park, IL 60464** |
| **EM Builders LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Tom's Weldling Ltd**<br>**747 N. Neva Ave.**<br>**Addison, IL 60101** |
| **EM Builders, LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **ABC Remodelers Supply Company**<br>**5935 W. Grand Ave**<br>**Chicago, IL 60639** |
| **EM Builders, LLC** | **US Bank NA**<br>**PO Box 790401**<br>**Saint Louis, MO 63179** |

Sheet  **1**  of  **2**  continuation sheets attached to the Schedule of Codebtors

In re   **Marcin Mrugala**                                               ,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Pro Masonry & Builders, Inc.**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **ABC Remodelers Supply Company**<br>**5935 W. Grand Ave**<br>**Chicago, IL 60639** |
| **Pro Masonry & Builders, Inc.**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Remodelers Supply Center**<br>**2500 N. Pulaski Road**<br>**Chicago, IL 60639** |
| **Pro Masonry and Builders Inc**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **GMAC**<br>**PO Box 9001948**<br>**Louisville, KY 40290** |
| **Pro Masonry and Builders, Inc.**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Chase Auto Finance**<br>**PO Box 9001800**<br>**Louisville, KY 40290-1800** |
| **Pro Masonry and Building Inc.**<br>**9 Acadia Ct.**<br>**Streamwood, IL 60107** | **American Express**<br>**PO Box 981537**<br>**El Paso, TX 79998** |
| **Pro Masonry and Developers, Inc.**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Jaroslaw Worek**<br>**833 Oxford Place**<br>**Wheeling, IL 60090** |
| **Pro Masonry and Development**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Bank of America**<br>**PO Box 15710**<br>**Wilmington, DE 19886** |
| **Pro Masonry Builders**<br>**9 Acadia Ct.**<br>**Streamwood, IL 60107** | **Home  Depot Credit Services**<br>**PO Box 6029**<br>**The Lakes, NV 88901-6029** |
| **Pro Masonry Builders LLC**<br>**9 Acadia Ct**<br>**Streamwood, IL 60107** | **Citi**<br>**PO Box 6401**<br>**Sioux Falls, SD 57117** |

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                     Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  __Marcin Mrugala_____    Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**5**<br>**7** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **mason** | |
| Name of Employer | **Pro Masonry Works, Inc.** | |
| How long employed | **11 yrs** | |
| Address of Employer | **9 Acadia Ct.**<br>**Streamwood, IL 60107** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **5,833.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| | | | | |
| 3. SUBTOTAL | $ | **5,833.00** | $ | **N/A** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
|    b. Insurance | $ | **0.00** | $ | **N/A** |
|    c. Union dues | $ | **0.00** | $ | **N/A** |
|    d. Other (Specify): _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,833.00** | $ | **N/A** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **N/A** |
| 11. Social security or government assistance<br>(Specify): _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income<br>(Specify): _____ | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **N/A** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,833.00** | $ | **N/A** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **5,833.00** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Debtor's income is variable**

B6J (Official Form 6J) (12/07)

In re **Marcin Mrugala**                                              Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,234.00 |
| a. Are real estate taxes included?    Yes  **X**    No ___ | | |
| b. Is property insurance included?    Yes ___    No  **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 75.00 |
| c. Telephone | $ | 180.00 |
| d. Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 700.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 100.00 |
| b. Life | $ | 144.00 |
| c. Health | $ | 150.00 |
| d. Auto | $ | 100.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify)    **Federal/State** | $ | 356.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other    **Auto loan** | $ | 498.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other    **Personal Care** | $ | 100.00 |
| Other    **Emergencies** | $ | 100.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,812.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 5,833.00 |
| b.    Average monthly expenses from Line 18 above | $ | 5,812.00 |
| c.    Monthly net income (a. minus b.) | $ | 21.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Marcin Mrugala**                                                              Case No. _____
                                                    Debtor(s)                    Chapter        **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**41**___
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 26, 2010**                              Signature   **/s/ Marcin Mrugala**
                                                                  **Marcin Mrugala**
                                                                  Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Marcin Mrugala**                                                    Case No.
                                          Debtor(s)                Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$37,294.00** | **2010 YTD: Debtor Business income** |
| **$27,000.00** | **2009: Debtor Business income** |
| **$24,000.00** | **2008: Debtor Business income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
| --- | --- | --- | --- |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| **US Bank National Association vs. 4157 Western LLC et al 10CH17556** | **Foreclosure** | **Circuit Court of Cook County, Illinois 50 W. Washington St., Chicago, IL 60602** | **Pending** |
| **Chase Bank USA NA vs. Marcin Mrugala 09M1-192054** | **Contract** | **Circuit Court of Cook County, Illinois 50 W. Washington St. Chicago, IL 60602** | **unknown** |
| **US Bank National Association vs. Marcin Mrugala et al 09 cv 7413** | **Contract** | **US District Court, Northern District of Illinois** | **unknown** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

[*] Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Chase Auto**<br>**PO Box 9001800**<br>**Louisville, KY 40290-1800** | **May 2010** | **2008 Chevrolet Silverado truck** |
| **MB Financial**<br>**6111 N. River Road**<br>**Des Plaines, IL 60018** | **May 2009** | **2008 Suzuki Motorcycle** |

### 6. Assignments and receiverships

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Joseph Wrobel, Ltd**<br>**105 West Madison Street, Suite 700**<br>**Chicago, IL 60602-4604** | | **$2799** |
| **Global Client Solutions**<br>**4500 S 129th East Ave.**<br>**Tulsa, OK 74134** | | **$1300** |

**10. Other transfers**

None ■    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Fifth Third Bank**<br>**PO Box 630412**<br>**Cincinnati, OH 45263** | **Checking**<br>**7897**<br>**$15** | **March 2010** |
| **Bank of Amercia NA**<br>**Dept 5996**<br>**PO Box 1259**<br>**Oaks, PA 19456** | **Checking**<br>**2740**<br>**$10** | **May 2010** |

5

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

6

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Pro Masonry & Developers, Inc.** | 364404335 | **9 Acadia Ct Streamwood, IL 60107** | **Real estate development** | **1999-March 2010** |
| **Pro Masonry and Builders, Inc.** | 364381186 | **9 Acadia Ct Streamwood, IL 60107** | **Real estate developer** | **1999-March 2010** |
| **1923 Campbell LLC** | 205225125 | **9 Acadia Ct Streamwood, IL 60107** | **Real estate developer** | **Began 2006; stopped operating 2010** |
| **4157 Western LLC** | 205100362 | **9 Acadia Ct Streamwood, IL 60107** | **Real estate developer** | **BEGAN 2007- Stopped operatibg October 2009** |
| **EM Builder LLC** | 205746586 | **9 Acadia Ct Streamwood, IL 60107** | **Real estate developer** | **Began 2007- Stopped operating 2010** |
| **2414 Cortez Condominium LLC** | 204465676 | **9 Arcadia Ct Streamwood, IL 60107** | **Real estate development** | **-2006** |
| **2416 Cortez Condominium LLC** | 204485921 | **9 Arcadia Ct Streamwood, IL 60107** | **Real estate development** | **-2006** |
| **2418 Cortez Condominium LLC** | 204598514 | **9 Arcadia Ct Streamwood, IL 60107** | **Real estate development** | **2005-2006** |
| **2420 Cortez Condominium LLC** | 204598607 | **9 Acadia Ct Streamwood, IL 60107** | **Real estate developer** | **2005-2006** |

7

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
☐

| NAME | ADDRESS |
|------|---------|
| **2414 Cortez Condominium LLC** | **9 Arcadia Ct** |
| | **Streamwood, IL 60107** |

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    **June 26, 2010**                         Signature    **/s/ Marcin Mrugala**
                                                                 **Marcin Mrugala**
                                                                 Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marcin Mrugala**                                                     Case No. _____
                                          Debtor(s)          Chapter      **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by
property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**National City Mortgage** | **Describe Property Securing Debt:**<br>**Single Family Residence**<br>**Location: 9 Acadia Court, Streamwood IL 60107** |

Property will be (check one):
    ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain __**continue payments, retain property**__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Select Portfolio Servicing, Inc.** | **Describe Property Securing Debt:**<br>**Single Family Residence**<br>**Location: 9 Acadia Court, Streamwood IL 60107** |

Property will be (check one):
    ☐ Surrendered                    ■ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ■ Other.  Explain __**continue payments, retain property**__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                ☐ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease.
Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

B8 (Form 8) (12/08)                                                                                                          Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **June 26, 2010**                          Signature   **/s/ Marcin Mrugala**
                                                              **Marcin Mrugala**
                                                              Debtor

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Marcin Mrugala**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **June 26, 2010**

**/s/ Joseph Wrobel**
**Joseph Wrobel 3078256**
**Joseph Wrobel, Ltd.**
**105 West Madison Street**
**Suite 700**
**Chicago, IL 60602**
**312.781.0996  Fax: 312.606.0413**
**josephwrobel@chicagobankruptcy.com**

---

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Form B 201A, Notice to Consumer Debtor(s)                                                                                           Page 2

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Marcin Mrugala**

Case No.

Debtor(s)

Chapter     **7**

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

## Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Marcin Mrugala**

Printed Name(s) of Debtor(s)

Case No. (if known)

X   **/s/ Marcin Mrugala**                    **June 26, 2010**

Signature of Debtor                    Date

X

Signature of Joint Debtor (if any)          Date

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Marcin Mrugala** _____   Case No. _____
                                            Debtor(s)        Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **95**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **June 26, 2010** _____   **/s/ Marcin Mrugala** _____
                                                      **Marcin Mrugala**
                                                      Signature of Debtor

1923 Campbell LLC
9 Acadia Ct
Streamwood, IL 60107

.

4157 Western LLC
9 Acadia Ct
Streamwood, IL 60107

ABC Remodelers Supply Company
5935 W. Grand Ave
Chicago, IL 60639

ACB American, Inc.
PO Box 177
Cincinnati, OH 45201

Acquired Capital LLP
POB 1068
Stafford, TX 77497-1068

Aegis Receivables Management
PO Box 404
Fort Mill, SC 29716

Allied
C/O Allied Interstate
3000 Corporate Exchange 5th Fl
Columbus, OH 43231

American Express
PO Box 0001
Los Angeles, CA 90096

American Express
PO Box 981537
El Paso, TX 79998

Americollect
PO Box 1566
Manitowoc, WI 54221

Asset Recovery Solutions, Inc.
2200 E Devon Ave
Ste 200
Des Plaines, IL 60018

Associated Recovery Systems
PO Box 463023
Escondido, CA 92046

Bank of Amercia NA
Dept 5996
PO Box 1259
Oaks, PA 19456

Bank of Amercia NA
4060 Ogletown Stan
Newark, DE 19713

Bank of America
PO Box 15710
Wilmington, DE 19886

Bank of America
PO Box 15019
Wilmington, DE 19886

Bank of America
PO Box 22031
Greensboro, NC 27420

Bank of America
4060 Ogletown/Stan
Newark, DE 19713

Bank of America
PO Box 15026
Wilmington, DE 19850

Chase
Cardmember Service
PO Box 15153
Wilmington, DE 19886-5153

Chase
PO Box 15548
Wilmington, DE 19886-5548

Chase
800 Brooksedge Blvd
Westerville, OH 43081

Chase Auto Finance
PO Box 9001800
Louisville, KY 40290-1800

Citgo Credit Card Center
PO Box 689095
Des Moines, IA 50368

Citgo/Citibank SD NA
PO Box 6497
Sioux Falls, SD 57117

Citi
PO Box 6301
Sioux Falls, SD 57117

Citi
PO Box 6401
Sioux Falls, SD 57117

Citi
PO Box 653095
Dallas, TX 75265

Citibank
PO Box 6077
Sioux Falls, SD 57117-6077

Citicorp Credit Services
PO Box 2695
Waterloo, IA 50704

Client Services, Inc.
3451 Harry Truman Blvd.
Saint Charles, MO 63301-4047

Experian Business Information Services
475 Anton Blvd.
Costa Mesa, CA 92626

Hauselman & Rappin, Ltd.
39 S. LaSalle st. Suite 1105
Chicago, IL 60603

ComEd
PO Box 6111
Carol Stream, IL 60197

F. T. Construction, Inc.
11051 Woodstock Drive
Orland Park, IL 60467

Home Depot Credit Services
PO Box 6029
The Lakes, NV 88901-6029

Community Bank of Lemont
1229 State Street
Lemont, IL 60439

Fifth Third Bank
PO Box 740789
Cincinnati, OH 45274

HSBC Retail Services
PO Box 17264
Baltimore, MD 21297

Credit Collection Services
2 Wells Ave.
Newton Center, MA 02459

Fifth Third Bank
Customer Service
38 Fountain Square Plaza
Cincinnati, OH 45263

HSBC Retail Services
PO Box 5244
Carol Stream, IL 60197

Creditors Financial Group
PO Box 440290
Aurora, CO 80044-0290

Firstsource Advantage
205 Bryant Woods South
Amherst, NY 14228

Jaroslaw Worek
833 Oxford Place
Wheeling, IL 60090

Draper and Kramer Mortgage Corp
701 East 22nd Street
Lombard, IL 60148

Focus Receivables Management
PO Box 725069
Atlanta, GA 31139

kca
C/O KCA Financial Service
PO Box 53
Geneva, IL 60134-0053

Edward Janusz
8510 Burce
Niles, IL 60714

GE Money Bank
PO Box 960061
Orlando, FL 32896-0061

Kohner, Mann & Kailas
Barnabas Business Center
4650 North Port Washington Road
Milwaukee, WI 53212

Edward Janusz
220 Linden
Northbrook, IL 60062

GE Money Bank
PO Box 981127
El Paso, TX 79998

LTD Financial Services LP
7322 Southwest Fwy, Suite 1600
Houston, TX 77074

EM Builder LLC
9 Acadia Ct
Streamwood, IL 60107

GMAC
PO Box 9001948
Louisville, KY 40290

Mamas Electrical Service Corp
1079 Colony Lake Drive
Schaumburg, IL 60194

encore
C/O Encore Receivable
PO Box 3330
Olathe, KS 66063-3330

Gottlieb Memorial Hospital
701 W. North Ave.
Melrose Park, IL 60160

Mamas Electrical Service Corp
1079 Colony Lake Dr
Schaumburg, IL 60194

Mamas Electrical Service Corp
1079 Colony Lake Drl
Schaumburg, IL 60194

Optimal Heating & Cooling, Inc.
1760 W. Algonquin
Mount Prospect, IL 60056

Professional Recovery Consultants
2700 Meridian Parkway
Ste 200
Durham, NC 27713

MB Financial
6111 N. River Road
Des Plaines, IL 60018

Patyk Plumbing Inc.
7475 Oak Park Ave.
Niles, IL 60714

Rapciak Masonry, Inc.
12621 Rosemary Lane
Palos Park, IL 60464

Michael D Fine
131 S. Dearborn St.
Fl 5
Chicago, IL 60603

Peoples Gas
c/o Americollect
PO Box 1566
Manitowoc, WI 54221

Remodelers Supply Center
2500 N. Pulaski Road
Chicago, IL 60639

Michael J. Korst, PC
2720 Caton Farm Road
Joliet, IL 60435

Peoples Gas
Chicago, IL 60687

Select Portfolio Servicing, Inc.
PO Box 65450
Salt Lake City, UT 84165

Midwest Bank and Trust Company
501 W. North Ave.
Melrose Park, IL 60160

PNC Bank
PO Box 856177
Louisville, KY 40285

Serge International Corp
Chicago, IL 60622

Midwest Bank and Trust Company
1601 N. Milwaukee Ave.
Chicago, IL 60647

PNC Mortgage
POB 533510
Atlanta, GA 30353-3510

The Home Depot
PO Box 653000
Dallas, TX 75265

Nation Wide Credit
2015 Vaughn Rd NW
Ste 400
Kennesaw, GA 30144

Powers & Moon, LLC
707 Lake Cook Road
Suite 102
Deerfield, IL 60015

The Home Depot
PO Box 6925
The Lakes, NV 88901

National City Mortgage
PO Box 1820
Dayton, OH 45401-1820

PRO Consulting Services, Inc.
Collections Division
PO Box 66768
Houston, TX 77266-6768

The Home Depot
PO Box 6497
Sioux Falls, SD 57117

National Enterprise Systems
29125 Solon Road
Solon, OH 44139

Pro Masonry and Builders, Inc.
9 Acadia Ct
Streamwood, IL 60107

Tom's Weldling Ltd
747 N. Neva Ave.
Addison, IL 60101

Northern Ill Emer & Occ Med.
PO Box 53
Geneva, IL 60134

Pro Masonry and Developers, Inc.
9 Acadia Ct
Streamwood, IL 60107

United Recovery
5800 N. Course Dr.
Houston, TX 77072

US Bank
PO Box 790408
Saint Louis, MO 63179


US Bank NA
PO Box 790401
Saint Louis, MO 63179


US Bank NA
c/o Kohner, Mann & Kailas, PC
4650 North Port Washington Rd
Milwaukee, WI 53212-1059


US Bank National Association
209 S. La Salle St.
Chicago, IL 60604


Zwicker & Associates
PO Box 101145
Birmingham, AL 35210